UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
ROBERT BASSIE,                              :
                                            :
              Plaintiff,                    :
                                            :   CASE NO.: 20-cv-02272-LAK
       v.                                   :
                                            :
ANIXTER INTERNATIONAL INC.,                 :
SAMUEL ZELL, WILLIAM A. GALVIN,             :
JAMES BLYTH, FREDERIC F. BRACE,             :
LINDA WALKER BYNOE, ROBERT J. ECK,          :
F. PHILIP HANDY, MELVYN N. KLEIN,           :
JAMIE MOFFITT, GEORLGE MUNOZ.               :
SCOTT R. PEPPET, VALARIE L.                 :
SHEPPARD, WILLIAM S. SIMON, AND             :
CHARLES M. SWOBODA,                         :
                                            :
              Defendants.                   :
-------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 21, 2020                       Respectfully Submitted,

                                            **MONTEVERDE & ASSOCIATES PC**

                                            /s/ *Juan E. Monteverde*
                                            Juan E. Monteverde (JM-8169)
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 4405
                                            New York, New York 10118
                                            Tel: 212-971-1341
                                            Fax: 212-202-7880

                                            *Attorney for Plaintiff*